No. 72–741. My Store, Inc. v. National Labor Relations Board. C. A. 7th Cir. Certiorari denied.

No. 72–755. Tripp v. United States. C. A. 9th Cir. Certiorari denied.

No. 72–756. Bernard Screen Printing Corp. v. Universal Terminal & Stevedoring Corp. C. A. 2d Cir. Certiorari denied.

No. 72–767. Buddies Supermarkets, Inc. v. National Labor Relations Board. C. A. 5th Cir. Certiorari denied.

No. 72–771. Phoenix Mutual Life Insurance Co. v. Montague, Trustee. C. A. 4th Cir. Certiorari denied.

No. 72–799. Eller et al. v. Board of Education of Prince Georges County et al. C. A. 4th Cir. Certiorari denied.

No. 72–821. Peacock v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 72–834. Hubbard et al. v. Ammerman et al. C. A. 5th Cir. Certiorari denied.

No. 72–5218. Goff v. New York. App. Term, Sup. Ct. N. Y., 2d and 11th Jud. Dists. Certiorari denied.

No. 72–5368. Tyler v. Lark, Warden, et al. C. A. 8th Cir. Certiorari denied.

No. 72–5381. Horsley v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 72–5453. Moore v. Bounds, Corrections Commissioner. C. A. 4th Cir. Certiorari denied.